AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cogan, Brian M. | U.S. District Court, ED of NY | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

US Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Board of Trustees | Brooklyn Queens Conservatory of Music |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Hogan Lovells US LLP, Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Patent Pilot Program | May 16-17, 2012 | Washington, D.C. | Federal Circuit Patent Pilot Program | Transportation, meals and hotel |
| 2. | Cornell Law School | April 13-15, 2012 | Ithaca, New York | To judge the Langfan Moot Court Competition | Transportation, meals and hotel |
| 3. | New York State Bar Association | May 18, 2012 | New Paltz, New York | NYSBA's Litigation section spring meeting | Transportation, meals and hotel |
| 4. | Cornell Law School | October 18-19, 2012 | Itchaca, New York | Guest Lecture | Transportation, meals and hotel |
| 5. | Federal Judicial Center | November 6, 2012 | New York, New York | Preparation of 2011 FDR | Professional fees |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Amex Platinum | Credit Card | L |
| 2. | Chase Visa | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JPMorgan Chase Bank account | A | Interest | M | T | | | | | |
| 2. Housing Programs Limited, Partners, partnership | A | Int./Div. | | | Closed | 12/31/12 | J | A | |
| 3. Compark Owners Corp., stock, (preferred) | A | Dividend | J | U | | | | | |
| 4. Brokerage Account #8 | | | | | | | | | |
| 5. - JP Morgan TR I NY Muni Money MKT Fund | A | Dividend | J | T | | | | | |
| 6. - Franklin Templeton Funds NY Tax Free Income | A | Dividend | K | T | | | | | |
| 7. Brokerage Account #10 | | | | | | | | | |
| 8. - Causeway International Value Fund | A | Dividend | J | T | | | | | |
| 9. - Cullen High Dividend Equity Fund | A | Dividend | J | T | | | | | |
| 10. - Davis New York Venture Fund Inc. Cl A | A | Dividend | J | T | | | | | |
| 11. - Guggenheim Mid Cap Value (Formerly Rydes SGI Mid Cap Val) | B | Dividend | K | T | | | | | See note in Part VIII |
| 12. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | A | Dividend | J | T | | | | | |
| 13. - Ishares MSCI EAFE Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 14. - Ishares Trust Russell Midcap Index Fund (ETFS) | A | Dividend | K | T | | | | | |
| 15. - Ishares Russell 2000 Growth Index Fund (ETFS) | A | Dividend | J | T | | | | | |
| 16. -Ishare Core Total US Bd(Formerly Ishares Trust Barclays US) | A | Dividend | J | T | | | | | See note in Part VIII |
| 17. - Janus Invt Fund (Formerly Janus Adviser Ser Forty Fund) | A | Dividend | J | T | | | | | See note in Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - JPMorgan TR I Prime Money Mkt FD | A | Dividend | J | T | | | | | |
| 19. - PIMCO High Yield Fund Cl A | B | Dividend | K | T | | | | | |
| 20. - Powershares DB Commodity Index | | None | J | T | | | | | |
| 21. - SPDR Dow Jones REIT | A | Dividend | J | T | | | | | |
| 22. - Thornburg Intl Value Fund | A | Dividend | J | T | | | | | |
| 23. Brokerage Account #16 | | | | | | | | | |
| 24. - Alger Capital Appreciation Instl Portfoli | B | Dividend | K | T | Buy | 05/10/12 | K | | |
| 25. - Amana Mut FDS TR Growth Fd | | None | | | Sold | 05/09/12 | K | B | |
| 26. - Aston Funds Montag & Caldwell Growth Fd | | None | | | Sold | 05/09/12 | K | B | |
| 27. - Baron Asset Fd I Opportunity Fund | A | Dividend | K | T | | | | | |
| 28. - Columbia FDS SER TR Small Cap Value II FD | A | Dividend | J | T | | | | | |
| 29. - Columbia FDS SER TR II MASS Select Large Cap Value | B | Dividend | K | T | | | | | |
| 30. -Causeway International Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 31. - Cullen High Dividend Equity Fund | B | Dividend | L | T | | | | | |
| 32. - Doubleline FDS TR Total Return BD FD | A | Dividend | L | T | Buy | 12/26/12 | L | | |
| 33. - Guggenheim Mid Cap Value (Formerly Rydes SGI Mid Cap Val) | C | Dividend | K | T | | | | | See note in Part VIII |
| 34. - Ishare Trust Russell 1000 Growth Index | A | Dividend | K | T | Buy | 05/10/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - JPMorgan TR I Tax Free Money Mkt Fd | A | Dividend | K | T | | | | | |
| 36. -JPMorgan TR I Intl Equity FD CL A | A | Dividend | J | T | | | | | |
| 37. -JPMorgan TR I Strategic Incm | D | Dividend | M | T | | | | | |
| 38. -Lazard Emerging Markets Port Open SHS | B | Dividend | K | T | | | | | |
| 39. - Managers AMG FDS (Formerly Yacktman Focused FD) | A | Dividend | L | T | | | | | See note in Part VIII |
| 40. -Manning and Napier Fund World Opportunities | A | Dividend | K | T | | | | | |
| 41. -Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 42. -Oppenheimer International Growth Fund-CL A | A | Dividend | K | T | | | | | |
| 43. - Oppenheimer International Bond Fund | A | Dividend | K | T | Buy | 12/26/12 | K | | |
| 44. - Payden Invt Group High Income Fd | C | Dividend | L | T | | | | | |
| 45. - Perkins Mid Cap Value | B | Dividend | | | Sold | 12/26/12 | K | B | |
| 46. - Prudential Jennison Mid Cap Growth Fd | B | Dividend | K | T | | | | | |
| 47. - Prudential Jennison Nat Res Fd | | None | J | T | | | | | |
| 48. - SPDR SER TR | | None | K | T | Buy | 12/26/12 | K | | |
| 49. - Thornburg Intl Value Fund CL A | A | Dividend | J | T | | | | | |
| 50. -Wasatch Advisors Funds Inc Small Cap | A | Dividend | J | T | | | | | |
| 51. - Wells Fargo Advtg Intermdt tax/amt-free Fund | B | Dividend | | | Sold | 12/26/12 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Western Asset Managed Muni (Formerly Legg Mason Western) | B | Dividend | | | Sold | 12/26/12 | L | C | See note in Part VIII |
| 53. Brokerage Statement #17 | | | | | | | | | |
| 54. - Alger Capital Appreciation Instl Portfolio | B | Dividend | K | T | Buy | 05/10/12 | K | | |
| 55. - Amana Mut FDS TR Growth Fd | | None | | | Sold | 05/09/12 | K | B | |
| 56. -Aston Funds Montag & Caldwell Growth Fd | | None | | | Sold | 05/09/12 | K | B | |
| 57. -Baron Asset Fd I Opportunity fd | A | Dividend | K | T | | | | | |
| 58. - Columbia FDS SER TR Small Cap Value II FD CL A | A | Dividend | J | T | | | | | |
| 59. - Columbia FDS SER TR II Mass Select Large Cap Value | B | Dividend | K | T | | | | | |
| 60. -Cullen High Dividend Equity Fund | B | Dividend | L | T | | | | | |
| 61. -Causeway International Value Fund Investor Class | A | Dividend | J | T | | | | | |
| 62. - Doubleline FDS TR Total Return BD FD CL | A | Dividend | L | T | Buy | 12/26/12 | L | | |
| 63. - Guggenheim Mid Cap Value (Formerly Rydes SGI Mid Cap Val) | B | Dividend | K | T | | | | | See note in Part VIII |
| 64. - Ishare Trust Russell 1000 Growth Index | A | Dividend | K | T | Buy | 5/10/12 | K | | |
| 65. JPMorgan TR 1 Tax Free Money Mkt Fund | A | Dividend | K | T | | | | | |
| 66. -JPMorgan TR 1 Intl Equity FD CL A | A | Dividend | J | T | | | | | |
| 67. -JPMorgan TR 1 Strategic Incm Opptys | C | Dividend | M | T | | | | | |
| 68. -Lazard Emerging Markets Port Open SHS | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Managers AMG FDS (Formerly Yacktman Focused FD) | A | Dividend | K | T | | | | | See note in Part VIII |
| 70. - Manning and Napier Fund World Opportunities Ser CL A | A | Dividend | J | T | | | | | |
| 71. - Matthews Pacific Tiger Fund | A | Dividend | K | T | | | | | |
| 72. -Oppenheimer International Growth Fund-CL A | A | Dividend | J | T | | | | | |
| 73. -Perkins Mid Cap Value Fund | A | Dividend | | | Sold | 12/26/12 | K | B | |
| 74. -Payden Invt Group High Income Fd | C | Dividend | L | T | | | | | |
| 75. - Prudential Jennison Mid Cap Gr Fd | A | Dividend | K | T | | | | | |
| 76. - Prudential Jennison Nat Res Fd | | None | J | T | | | | | |
| 77. - Oppenheimer International Bond Fund | A | Dividend | K | T | Buy | 12/26/12 | K | | |
| 78. - SPDR SER TR | | None | K | T | Buy | 12/26/12 | K | | |
| 79. -Thornburg Intl Value Fund CL A | A | Dividend | J | T | | | | | |
| 80. -Wasatch Advisors Funds Inc Small Cap | A | Dividend | J | T | | | | | |
| 81. -Wells Fargo Advtg Intermdt Tax/Amt -Free Fund | B | Dividend | | | Sold | 12/26/12 | L | D | |
| 82. - Western Asset Managed Muni (Formerly Legg Mason Western) | B | Dividend | | | Sold | 12/26/12 | L | D | See note in Part VIII |
| 83. - Goldman Sachs Tollkeeper Fund | | None | J | T | | | | | |
| 84. IRA #1 | E | Int./Div. | P1 | T | | | | | |
| 85. - Alger Capital Appreciation Instl Portfolio | | | | | Buy | 05/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Amana Mut FDS TR | | | | | Sold | 05/09/12 | J | A | |
| 87. - Aston Funds Montag & Caldwell Growth Fd | | | | | Sold | 05/09/12 | K | B | |
| 88. - Baron Asset Fd Iopportunity Fund | | | | | | | | | |
| 89. - Blackrock Provident Instl FDS Tempfund | | | | | | | | | |
| 90. -Causeway International Value Fund Investor Class | | | | | | | | | |
| 91. -Cullen High Dividend Equity Fund | | | | | | | | | |
| 92. -Columbia FDS SER TR Small Cap Value II Fd CL | | | | | | | | | |
| 93. - Columbia FDS SER TR II Mass Select Large Cap | | | | | | | | | |
| 94. - Doubleline FDS TR Total Return BD FD CL N | | | | | Buy (add'l) | 06/01/12 | J | | |
| 95. | | | | | Buy (add'l) | 12/26/12 | K | | |
| 96. - Guggenheim Mid Cap Value (Formerly Rydes SGI Mid Cap Val) | | | | | | | | | See note in Part VIII |
| 97. -ING Mutual Funds Global Real Estate Fund CL A | | | | | | | | | |
| 98. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | | | | | Sold | 12/26/12 | K | B | |
| 99. -Ishares Trust Russell 1000 Growth Index Fund | | | | | Buy | 05/10/12 | L | | |
| 100. -Ishare Core Total US Bd(Formerly Ishares Trust Barclays US) | | | | | | | | | See note in Part VIII |
| 101. -Ishares Trust Ishares Barclays Treas Inflation | | | | | | | | | |
| 102. -JPMorgan TR 1 Intl Equity FD CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 104. - Managers AMG FDS (Formerly Yacktman Focused FD) | | | | | | | | | See note in Part VIII |
| 105. -Manning and Napier Fund World Opportunities | | | | | | | | | |
| 106. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | | | | | |
| 107. -Oppenheimer International Growth Fund-CL A | | | | | | | | | |
| 108. -Oppenheimer International Bond Fund-CL A | | | | | Buy | 12/26/12 | K | | |
| 109. -Perkins Mid Cap Value Fund | | | | | Sold | 12/26/12 | K | B | |
| 110. -Pimco Total Return Fund-CL A | | | | | | | | | |
| 111. -Pimco High Yield Fund-CL A | | | | | Sold (part) | 12/26/12 | K | D | |
| 112. -Prudential Jennison Nat Res | | | | | | | | | |
| 113. - Prudential Jennison Mid Cap | | | | | | | | | |
| 114. - Reserve Fund Primary Fund Treasury Class (Y) | | | | | | | | | See note in Part VIII |
| 115. -Ridgeworth FDS Intermediate BD FD CL 1 | | | | | | | | | |
| 116. - SPDR SER TR | | | | | Buy | 12/26/12 | K | | |
| 117. -Thornburg Intl Value Fund | | | | | | | | | |
| 118. IRA #2 | E | Int./Div. | P1 | T | | | | | |
| 119. - Alger Capital Appreciation Instl Portfolio | | | | | Buy | 05/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Amana Mut FDS TR Growth Fd | | | | | Sold | 05/09/12 | J | A | |
| 121. - Aston Funds Montag & Caldwell Growth Fd | | | | | Sold | 05/09/12 | K | B | |
| 122. -Baron Asset Fd I Opportunity Fund | | | | | | | | | |
| 123. - Blackrock Provident Instl FDS Temfund | | | | | | | | | |
| 124. -Cullen High Dividend Equity Fund | | | | | | | | | |
| 125. -Columbia FDS SER TR Small Cap Value II FD CL A | | | | | | | | | |
| 126. - Columbia FDS SER TR II Mass Select Large Cap Value FD CL A | | | | | | | | | |
| 127. - Doubleline FDS TR Total Return BD FD CL | | | | | Buy (add'l) | 12/26/12 | K | | |
| 128. - Guggenheim Mid Cap Value (Formerly Rydes SGI Mid Cap Val) | | | | | | | | | See note in Part VIII |
| 129. - Ishares Tr Barclays 1-3 Yr Treas.(ETFS) | | | | | Sold | 12/26/12 | K | B | |
| 130. - Ishares Trust Russell 1000 Growth Index Fd | | | | | Buy | 05/10/12 | L | | |
| 131. -Ishare Core Total US Bd(Formerly Ishares Trust Barclays US) | | | | | | | | | See note in Part VIII |
| 132. -Ishares TR Barclays Treas Inflation Protected Sec | | | | | | | | | |
| 133. -Lazard Emerging Markets Port Open SHS | | | | | | | | | |
| 134. -Manning And Napier Fund World Opportunities Ser CL A | | | | | | | | | |
| 135. - Managers AMG FDS (Formerly Yacktman Focused FD) | | | | | | | | | See note in Part VIII |
| 136. -Matthews Pacific Tiger Fund Dividend Reinvested | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Oppenheimer International Growth Fund CL A | | | | | | | | | |
| 138. - Oppenheimer International Bond Fund CL A | | | | | Buy | 12/26/12 | K | | |
| 139. -Perkins Mid Cap Value Fund | | | | | Sold | 12/26/12 | K | B | |
| 140. -Pimco Total Return Fund CL A | | | | | | | | | |
| 141. -Pimco High Yield Fund-CL A | | | | | Sold (part) | 12/26/12 | K | D | |
| 142. -Prudential Jennison Nat Res | | | | | | | | | |
| 143. - Prudential Jennison Mid Cap | | | | | | | | | |
| 144. -Reserve Fund Primary Fund Treasury Class (Y) | | | | | | | | | See note in Part VIII |
| 145. -Ridgeworth FDS Intermediate BD FD CL 1 | | | | | | | | | |
| 146. - SPDR SER TR | | | | | Buy | 12/26/12 | K | | |
| 147. -Thornburg Intl Value Fund CL A | | | | | | | | | |
| 148. Retirement Plan for Partners #4 | D | Int./Div. | M | T | | | | | |
| 149. - FID Contrafund K | | | | | | | | | |
| 150. - FID Growth Co K | | | | | | | | | |
| 151. - TRP SM Cap Stock | | | | | | | | | |
| 152. - FID Overseas K | | | | | | | | | |
| 153. - FID Emerging Mkts K | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - PIM Total RT Inst | | | | | | | | | |
| 155. - MIP CL 1 (Formerly FID MGD Inc Port) | | | | | | | | | See note in Part VIII |
| 156. - NB Kaminsky II | | | | | | | | | |
| 157. - NB Kaminsky III | | | | | | | | | |
| 158. - FID Retire Money Market | | | | | | | | | |
| 159. College Access 529 Plan #2 | None | | L | T | | | | | |
| 160. -Portfolio 005 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cogan, Brian M. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page5, line 11; page 6, line 33; page 8, line 63; page 10, line 96; page 12, line 128: The name of asset of "Rydes SGI Mid Cap Value Fund" was changed to "Guggenheim Mid Cap Value".

2) Part VII, page 5, line 16; page 10, line 100; page 12, line 131: The name of asset of "Ishares Trust Barclays US Aggr Bond Fund" was changed to "Ishare Core Total US Bond Market".

3) Part VII, page 5, line 17: The name of asset of "Janus Advisor Ser Forty Fund" was changed to "Janus Invt Fund".

4) Part VII, page 7, line 39; page 9, line 69; page 11, line 104; page 12, line 135: The name of asset of "Yacktman Focused FD" was changed to "Managers AMG FDS".

5) Part VII, page 8, line 52; page 9, line 82: The name of asset of "Legg Mason Western Asset Managed Muni Fund" was changed to "Western Asset Managed Muni Fund".

6) Part VII, page 11, line 114; page 13, line 144: The income and value of the asset of "Reserve Fund Primary Fund Treasury Class" were below the reporting thresholds.

7) Part VII, page 14, line 155: The name of asset of "FID MGD Inc Port" was changed to "MIP CL 1".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Brian M. Cogan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544